# Third District Court of Appeal

## State of Florida

Opinion filed February 6, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-2524
Lower Tribunal No. 12-15430
_____


**E.U., the Grandmother,**
Appellant,

vs.

**Department of Children and Families, et al.,**
Appellees.


An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jason E. Dimitris, Judge.

E.U., the Grandmother, in proper person.

Karla F. Perkins, for appellee Department of Children and Families; Laura J. Lee (Tallahassee) and Thomasina F. Moore (Tallahassee), for appellee Guardian ad Litem Program.


Before EMAS, C.J., and LOGUE and SCALES, JJ.

PER CURIAM.

Upon consideration of the record on appeal, as well as the initial brief filed in this cause, we summarily affirm the judgment of the trial court pursuant to Florida Rule of Appellate Procedure 9.315(a).